# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** § § | |
| **v.** § | **Criminal No. 4:11-cr-248-ALM-CAN-11** |
| **STEVEN WILLIAM TAYLOR** § § § | |

### MEMORANDUM ADOPTING REPORT AND
### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 18, 2021, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. 1599) that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 11 months, to be served consecutively from any other sentence imposed, with no supervised release to follow. Additionally, the Magistrate Judge recommended Defendant be placed at a Federal Bureau of Prisons facility in the Northern District of Texas, if appropriate.

Having received the Report of the United States Magistrate Judge and having received Defendant's waiver of his right to object to the proposed findings and recommendations of the Magistrate Judge (Dkt. 1598), the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Accordingly, Defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 11 months, to be served consecutively from any other sentence imposed, with no supervised release to follow. The Court recommends Defendant be placed at a Federal Bureau of Prisons facility in the Northern District of Texas, if appropriate.

**IT IS SO ORDERED**.

**SIGNED this 23rd day of August, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE